United States District Court
Southern District of Texas
**ENTERED**
September 27, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALEJANDRO ZALDIVAR *et al.*, § § § Plaintiffs, § § v. § CIVIL ACTION NO. H-17-2330 § BANK OF AMERICA, N.A., § § Defendant. § | |

### ORDER OF DISMISSAL

At an initial conference held on September 20, 2017, the plaintiffs gave oral notice of their voluntary dismissal, without prejudice, of all claims against the defendant. This case is now closed and all pending motions are denied as moot.

SIGNED on September 25, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge